IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHONI LLAMAS,<br><br>Plaintiff,<br><br>vs.<br><br>SCHEELS ALL SPORTS, INC.,<br><br>Defendant. | CV 23–43–M–DLC<br><br><br><br>ORDER |

Defendant moves for the admission of Addison C. McCauley to practice before this Court in this case, with Christopher R. Hedican of Baird Holm LLP to act as local counsel.  (Doc. 6.)  Mr. McCauley's application substantially complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3).

Accordingly, IT IS ORDERED that the motion (Doc. 6) is GRANTED on the condition that Mr. McCauley does his own work.  This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally.  If he has not already done so, Mr. McCauley shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. McCauley files a separate pleading acknowledging his admission under the terms set forth above within fifteen days of this Order.

DATED this 9th day of June, 2023.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court