Torrance L. Coburn
TIPP COBURN & ASSOCIATES PC
2200 Brooks Street – P.O. Box 3778
Missoula, MT 59806-3778
Telephone: (406) 549-5186
Facsimile: (406) 412-0956
torrance@tcsattorneys.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHONI LLAMAS,<br><br>    Plaintiff,<br><br>       vs.<br><br>SCHEELS ALL SPORTS, INC.,<br><br>    Defendant. | CV 23–43–M–DLC<br><br>NOTICE TO COURT OF SETTLEMENT |

COME NOW the parties, by and through respective counsel, and notify the Court that the parties have reached a settlement of this matter. The settlement is in the process of being formalized. The parties anticipate that the settlement documents will be fully executed, and the settlement completed, within 30 days of the date of this Notice. Upon completion, the parties will file a joint motion to dismiss this matter.

//

DATED this 12th day of March, 2024.

                                                         TIPP COBURN & ASSOCIATES PC

                                                         By: */s/ Torrance L. Coburn*
                                                         Torrance L. Coburn
                                                         2200 Brooks Street
                                                         P.O. Box 3778
                                                         Missoula, MT 59806-3778
                                                         *Attorneys for Plaintiff*

DATED this 12th day of March, 2024.

                                                         BAIRD HOLM LLP

                                                         By: */s/ Christopher R. Hedican*
                                                         Christopher R. Hedican
                                                         Addison C. McCauley
                                                         1700 Farnham St, Ste 1500
                                                         Omaha, NE 68102-2068-La
                                                         *Attorneys for Defendant*