IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHONI LLAMAS, | CV 23–43–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SCHEELS ALL SPORTS, INC., | |
| Defendant. | |

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice. (Doc. 21.)  The parties move the Court to dismiss this matter with prejudice, with each party to bear their own attorney's fees and costs.  (*Id.* at 1.)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.  The Clerk of Court is directed to close this matter.

DATED this 9th day of April, 2024.

_____
Dana L. Christensen, District Judge
United States District Court